# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

PRESTON V. VANCE, JR.  PLAINTIFF
ADC #171953

v.  4:19-cv-00325-SWW-JJV

BRANDON GRIMES, Jail Administrator
White County Detention Center; *et al.*  DEFENDANTS

## ORDER

Before the Court is a Partial Recommendation filed by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After conducting a *de novo* review, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff may proceed with his failure to protect claim against Defendants Grimes and Long in their individual capacities only.

2. Plaintiff's official capacity claims are DISMISSED WITHOUT PREJUDICE.

3. Defendant Betis is DISMISSED WITHOUT PREJUDICE as a party to this lawsuit.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 9th day of July, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1