# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| PRESTON V. VANCE, JR. * | |
| ADC #171953 * | |
| PLAINTIFF * | |
| V. * | |
| * | CASE NO.  4:19-cv-00325-SWW-JJV |
| BRANDON GRIMES, Jail * | |
| Administrator, White County * | |
| Detention Center; *et al.* * | |
| DEFENDANTS * | |

## **ORDER**

Before the Court are proposed findings and recommendations issued by United States Magistrate Judge Joe J. Volpe [ECF No. 52], recommending that the Court deny Defendants' motion for summary judgment [ECF No. 45].  Also before the Court are Defendants' timely objections [ECF No. 53], which the Court has reviewed along with pertinent portions of the record.  After careful consideration, the Court finds that the findings and recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment [ECF No. 45] is DENIED.

IT IS SO ORDERED THIS 15TH  DAY OF APRIL, 2020.

<u>Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE