# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| PRESTON V. VANCE, JR.<br>ADC #171953<br>　　　　　　PLAINTIFF<br>V.<br><br>BRANDON GRIMES, Jail<br>Administrator, White County<br>Detention Center; *et al.*<br>　　　　　　DEFENDANTS | *<br>*<br>*<br>*<br>*　CASE NO. 4:19-cv-00325-SWW-JJV<br>*<br>*<br>*<br>*<br>* |

## **ORDER**

Pursuant to the parties' stipulation of dismissal [ECF No. 63] this action is DISMISSED WITH PREJUDICE, and the bench trial scheduled for November 2, 2020 is CANCELLED. As requested by the parties, the Court will retain jurisdiction of this case for a period of thirty (30) days from the entry date of this order for the purpose of enforcing the terms of the parties' settlement agreement if necessary.

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER, 2020.

　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE